**FILED**
July 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                              ) | Case No. 2:11-CR-00296-WBS-5 |
| Plaintiff,         ) | |
| v.                           ) | ORDER FOR RELEASE OF |
|                              ) | PERSON IN CUSTODY |
| SANDRA HERMOSILLO,           ) | |
|                              ) | |
| Defendant.         ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SANDRA HERMOSILLO, Case No. 2:11-CR-00296-WBS-5, Charge Title 18 USC § 1349, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 100,000 (co-signed)

    ✔   Unsecured Appearance Bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond with Surety

    \_\_   Corporate Surety Bail Bond

    ✔   (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 19, 2011 at 3:30 pm.

By _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge