```
ERIN J. RADEKIN
Attorney at Law  - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SANDRA HERMOSILLO,<br><br>　　　　　　Defendant. | Case No. 2:11-CR-00296 WBS<br>STIPULATION AND<br>ORDER TO ALLOW<br>DEFENDANT TO TRAVEL TO<br>MEXICO TO VISIT HER FATHER |

STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Lee Bickley, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pre-trial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexico at any time between the dates of January 24, 2014 and February 3, 2014 to visit her father, who has Alzheimer's disease and is rapidly losing the ability to recognize members of his family, and is suffering from other health issues.  It is further stipulated that Ms. Hermosillo must check in with her pre-trial services officer as required by her pre-trial services officer.  Pre-trial services shall return Ms. Hermosillo's passport to her by January 24, 2014.  Ms. Hermosillo must return

[Pleading Title] - 1

1 to the United States by February 4, 2014 and must check in and surrender her
2 passport to her pre-trial services officer within 24 hours of returning to
3 the United States, but in no event later than February 5, 2014.
4          Accordingly, the parties respectfully request the Court
5 adopt this proposed stipulation.
6 IT IS SO STIPULATED
7 Dated: January 23, 2014                BENJAMIN WAGNER
                                         United States Attorney
8
                                          By:          /s/ Lee Bickley
9                                        LEE BICKLEY
                                         Assistant United States Attorney
10

11

12 Dated: January 23, 2014                /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
13                                       Attorney for Defendant
                                         SANDRA HERMOSILLO
14

15 IT IS SO STIPULATED.

16                              **ORDER**

17 **IT IS SO ORDERED.**

18 **Dated:  January 28, 2014**

19
                            _____
20                          KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2