```
ERIN J. RADEKIN
Attorney at Law  - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00296 WBS |
| Plaintiff, | STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL TO |
| v. | MEXICO TO VISIT HER FATHER |
| SANDRA HERMOSILLO, | |
| Defendant. | |

STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Lee Bickley, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pre-trial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexico at any time between the dates of January 30, 2014 and February 10, 2014 to visit her father, who has Alzheimer's disease and is rapidly losing the ability to recognize members of his family, and is suffering from other health issues.  It is further stipulated that Ms. Hermosillo must check in with her pre-trial services officer as required by her pre-trial services officer.  Pre-trial services shall return Ms. Hermosillo's passport to her by January 30, 2014.  Ms. Hermosillo must return

to the United States by February 10, 2014 and must check in and surrender her passport to her pre-trial services officer within 24 hours of returning to the United States, but in no event later than February 11, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

```
Dated: January 27, 2014            BENJAMIN WAGNER
                                   United States Attorney

                                    By: /s/ Lee Bickley
                                   LEE BICKLEY
                                   Assistant United States Attorney


Dated: January 27, 2014            /s/ Erin J. Radekin
                                   ERIN J. RADEKIN
                                   Attorney for Defendant
                                   SANDRA HERMOSILLO
```

IT IS SO STIPULATED.

**ORDER**

**IT IS SO ORDERED.**

**Dated:  January 29, 2014**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2