ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-CR-00296 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
|  | ) | TO ALLOW DEFENDANT TO TRAVEL |
| v. | ) | TO MEXICO TO VISIT HER FATHER |
| SANDRA HERMOSILLO, | ) |  |
| Defendant. | ) |  |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Lee Bickley, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pre-trial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexicali, Mexico at any time between the dates of November 4, 2014 and November 7, 2014 to visit her father, who is presently hospitalized at El Hospital de La Mujer in Mexicali, Mexico.  Ms. Hermosillo's father is 78 years old and suffers from Alzheimer's disease.  He has very poor health due to heart disease, for which he has had a prior surgery, and diabetes.  He was hospitalized on the morning of November 4, 2014 due to prostate issues.

It is further stipulated that pre-trial services shall return Ms. Hermosillo's United States passport to her on the date the attached proposed order is filed to permit her immediate travel to Mexico.  Ms. Hermosillo must return to the United States by November 14, 2014 and must check in and surrender her passport to her pre-trial services officer within 24 hours of returning to the United States, but in no event later than November 15, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 4, 2014              BENJAMIN WAGNER
                                     United States Attorney

                                By:   /s/ Lee Bickley
                                     LEE BICKLEY
                                     Assistant United States Attorney


Dated: November 4, 2014               /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     SANDRA HERMOSILLO


IT IS SO ORDERED.

Dated: November 5, 2014              _____
                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE