ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00296 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO ALLOW DEFENDANT TO TRAVEL |
| v. ) | TO MEXICO TO VISIT HER FATHER |
| ) | |
| ) | |
| SANDRA HERMOSILLO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexicali, Mexico at any time between the dates of June 20, 2015 and June 25, 2015 to visit her father, who resides in Mexicali, Mexico.  Ms. Hermosillo's father is 78 years old and suffers from Alzheimer's disease.  He has very poor health due to heart disease, for which he has had a prior surgery, and diabetes.  He was last hospitalized for such conditions in November, 2014.  Ms. Hermosillo has traveled to Mexico to visit her father

on two separate occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after June 20, 2015. Ms. Hermosillo must return to the United States by June 25, 2015 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than June 26, 2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 17, 2015           BENJAMIN WAGNER
                               United States Attorney

                          By:  /s/ Brian Fogerty
                               BRIAN FOGERTY
                               Assistant United States Attorney


Dated: June 17, 2015           /s/ Erin J. Radekin
                               ERIN J. RADEKIN
                               Attorney for Defendant
                               SANDRA HERMOSILLO


IT IS SO ORDERED.

Dated:  June 18, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order - 2