ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>  v.                               )<br>                                   )<br>                                   )<br>SANDRA HERMOSILLO,                 )<br>                                   )<br>            Defendant.             )<br>_____)| 2:11-CR-00296 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>TO RELEASE PASSPORT TO COUNSEL<br>FOR PURPOSES OF RENEWAL |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jean Hobler, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo's U.S. passport may be released to Ms. Radekin so that Ms. Radekin can apply for renewal of the passport on Ms. Hermosillo's behalf, which expires August 15, 2015.

It is further stipulated that Ms. Radekin shall return Ms. Hermosillo's passport to the Court when the renewal process is complete and the passport is again in Ms. Radekin's custody.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Stipulation and Order - 1

1  IT IS SO STIPULATED.

2  Dated: August 12, 2015                BENJAMIN WAGNER
                                         United States Attorney
3
                                    By:   /s/ Jean Hobler
4                                        JEAN HOBLER
                                         Assistant United States Attorney
5

6
   Dated: August 12, 2015                 /s/ Erin J. Radekin
7                                        ERIN J. RADEKIN
                                         Attorney for Defendant
8                                        SANDRA HERMOSILLO

9

10 IT IS SO ORDERED.

11 Dated: August 14, 2015.         [signature]
                                   EDMUND F. BRENNAN
12                                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order - 2