```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SANDRA HERMOSILLO,<br><br>                Defendant. | 2:11-CR-00296 WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT TO TRAVEL TO MEXICO TO VISIT HER FATHER |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexicali, Mexico at any time between the dates of December 23, 2015 and January 4, 2016 to visit her father, who resides in Mexicali, Mexico. She would like to visit her father for Christmas. He is 78 years old and suffers from Alzheimer's disease, heart disease, and diabetes. He is in poor health and unable to travel. Ms. Hermosillo has traveled to Mexico to visit her father on three prior occasions while on

pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after December 23, 2015. Ms. Hermosillo must return to the United States by January 3, 2016 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than January 4, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 21, 2015             BENJAMIN WAGNER
                                     United States Attorney

                                By:   /s/ Brian Fogerty
                                     BRIAN FOGERTY
                                     Assistant United States Attorney


Dated: December 21, 2015              /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     SANDRA HERMOSILLO


IT IS SO ORDERED.

Dated: December 22, 2015             ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE