**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,         ) | **2:11-CR-00296 WBS** |
|                                        ) | |
|              Plaintiff,                ) | **STIPULATION AND [PROPOSED] ORDER** |
|                                        ) | **TO ALLOW DEFENDANT TO TRAVEL** |
| v.                                     ) | **TO MEXICO TO VISIT HER FATHER** |
|                                        ) | |
|                                        ) | |
| **SANDRA HERMOSILLO**,                 ) | |
|                                        ) | |
|              Defendant.                ) | |
| _____   ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexicali, Mexico at any time between the dates of June 8, 2016 and June 18, 2016 to visit her father, who resides in Mexicali, Mexico.  Her father is elderly and has multiple health problems.  Ms. Hermosillo has traveled to Mexico to visit her father on four prior occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

Stipulation and Order - 1

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after June 8, 2016. Ms. Hermosillo must return to the United States by June 18, 2016 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than June 19, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 3, 2016
PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney

Dated: June 3, 2016
/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SANDRA HERMOSILLO

**IT IS SO ORDERED.**

Dated: June 7, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE