**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **2:11-CR-00296 WBS** |
|                               ) |  |
|             Plaintiff, )        | **STIPULATION AND ORDER** |
|                               ) | **TO ALLOW DEFENDANT TO TRAVEL TO** |
| v.                            ) | **MEXICO TO VISIT HER FATHER** |
|                               ) |  |
|                               ) |  |
| **SANDRA HERMOSILLO**,        ) |  |
|                               ) |  |
|             Defendant.  )       |  |
| _____ ) |  |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexicali, Mexico at any time between the dates September 12 and September 20, 2016 to visit her father, who resides in Mexicali, Mexico.

Ms. Hermosillo has traveled to Mexico to visit her father on five prior occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions. Her father is

Stipulation and [Proposed] Order - 1

elderly and has multiple health problems, and he has not been feeling well lately.  His birthday is on September 14, 2016.  Ms. Hermosillo wishes to visit her father to be with him on his birthday, and to assist with his care and support him during his current illness.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after September 12, 2016.  Ms. Hermosillo must return to the United States by September 20, 2016 and must check in with and surrender her passport to her pretrial services officer on the next day, September 21, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 6, 2016          PHILLIP A. TALBERT
                                  Acting United States Attorney

                            By:   /s/ Brian Fogerty
                                  BRIAN FOGERTY
                                  Assistant United States Attorney


Dated: September 6, 2016           /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  SANDRA HERMOSILLO


**IT IS SO ORDERED.**

**Dated:  September 6, 2016**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order - 2