**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **2:11-CR-00296 WBS** |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO ALLOW DEFENDANT TO TRAVEL** |
| v. | ) | **TO MEXICO** |
| | ) | |
| | ) | |
| **SANDRA HERMOSILLO,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexicali, Mexico at any time between the dates of December 22, 2016 and January 6, 2016 to visit her family, who reside in Mexicali, Mexico, for the Christmas and New Year holidays.  Ms. Hermosillo has traveled to Mexico to visit family on five prior occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after December 22, 2016. Ms. Hermosillo must return to the United States by January 6, 2016 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than January 7, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 19, 2016        PHILLIP A. TALBERT
                                Acting United States Attorney

                           By:  /s/ Brian Fogerty
                                BRIAN FOGERTY
                                Assistant United States Attorney


Dated: December 19, 2016         /s/ Erin J. Radekin
                                ERIN J. RADEKIN
                                Attorney for Defendant
                                SANDRA HERMOSILLO


**IT IS SO ORDERED.**

**Dated:  December 19, 2016**

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE