**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **2:11-CR-00296 WBS** |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO ALLOW DEFENDANT** |
| v. ) | **TO TRAVEL TO MEXICO** |
| ) | |
| ) | |
| **SANDRA HERMOSILLO**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexicali, Mexico at any time between the dates of March 2, 2017 and March 6, 2017 to visit her father, who is in hospice care after being hospitalized for pneumonia and may not recover. Ms.

Stipulation and Order - 1

Hermosillo has traveled to Mexico to visit family on six prior occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after March 2, 2017. Ms. Hermosillo must return to the United States by March 6, 2017 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than March 7, 2017.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: March 2, 2017                    PHILLIP A. TALBERT
                                        Acting United States Attorney

                              By:       /s/ Brian Fogerty
                                        BRIAN FOGERTY
                                        Assistant United States Attorney


Dated: March 2, 2017                    /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        SANDRA HERMOSILLO


**IT IS SO ORDERED.**

Dated: March 2, 2017

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE