1 **ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **2:11-CR-00296 WBS** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT TO TRAVEL TO MEXICO** |
| v. | |
| **SANDRA HERMOSILLO**, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pre-trial services officer, travel to Mexicali, Mexico at any time between May 25, 2017 and May 31, 2017 to attend her father's funeral. Her father recently died and the funeral is scheduled for May 26, 2017. Ms. Hermosillo

Stipulation and Order - 1

has traveled to Mexico to visit family on eight prior occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after May 25, 2017. Ms. Hermosillo must return to the United States no later than May 31, 2017 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than June 1, 2017.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 23, 2017         PHILLIP A. TALBERT
                            United States Attorney

                    By:     /s/ Brian Fogerty
                            BRIAN FOGERTY
                            Assistant United States Attorney


Dated: May 23, 2017         /s/ Erin J. Radekin
                            ERIN J. RADEKIN
                            Attorney for Defendant
                            SANDRA HERMOSILLO


**IT IS SO ORDERED.**

Dated: May 23, 2017.
                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE