**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **2:11-CR-00296 WBS** |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO ALLOW DEFENDANT** |
| v. | ) | **TO TRAVEL TO MEXICO** |
| | ) | |
| **SANDRA HERMOSILLO**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pretrial services officer, travel to Mexicali, Mexico at any time between August 30, 2017 and September 7, 2017 to visit her mother. Ms. Hermosillo's father died earlier this year, and since this event her mother, who is

Stipulation and Order - 1

72, has been suffering from depression. Ms. Hermosillo desires to travel to Mexico to visit her mother and provide support. Ms. Hermosillo has traveled to Mexico to visit family on eight prior occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after August 30, 2017. Ms. Hermosillo must return to the United States no later than September 7, 2017 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than September 8, 2017.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: August 29, 2017　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　/s/ Brian Fogerty
　　　　　　　　　　　　　　　　　　　BRIAN FOGERTY
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: August 29, 2017　　　　　　　　　 /s/ Erin J. Radekin
　　　　　　　　　　　　　　　　　　　　ERIN J. RADEKIN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　SANDRA HERMOSILLO


**IT IS SO ORDERED.**

**The Clerk of the Court is directed to return the passport to U.S. Pretrial Services.**

Dated: August 29, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE