**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:11-CR-00296 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO ALLOW DEFENDANT** |
| v. ) | **TO TRAVEL TO MEXICO** |
| ) | |
| **SANDRA HERMOSILLO**, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services officer, and pursuant to such conditions as required by her pretrial services officer, travel to Mexicali, Mexico at any time between December 21, 2017 and January 6, 2017 to visit her family for the holidays. Ms. Hermosillo has traveled to Mexico to visit family on nine prior

occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after December 21, 2017. Ms. Hermosillo must return to the United States no later than January 6, 2018 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than January 7, 2018.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 18, 2017         PHILLIP A. TALBERT
                                 United States Attorney

                          By:    /s/ Brian Fogerty
                                 BRIAN FOGERTY
                                 Assistant United States Attorney


Dated: December 18, 2017         /s/ Erin J. Radekin
                                 ERIN J. RADEKIN
                                 Attorney for Defendant
                                 SANDRA HERMOSILLO


**IT IS SO ORDERED.**

**Dated:  December 18, 2017**

                                 DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation and Order - 2