**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **2:11-CR-00296 WBS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **TERMINATE PRETRIAL** |
| | ) | **SUPERVISION; [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER** |
| | ) | |
| **SANDRA HERMOSILLO**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Sandra Hermosillo, by and through her undersigned counsel, and at the request of Pretrial Services, hereby moves that the court remove Ms. Hermosillo from Pretrial Services' supervision. Ms. Hermosillo has been under Pretrial Services' supervision for approximately seven years without incident.

//

Unopposed Motion to Terminate Pretrial Supervision;
[P̶r̶o̶p̶o̶s̶e̶d̶] Order
1

Ms. Hermosillo's pretrial services officer is aware of this request and has no objection. Assistant United States Attorney Brian Fogerty was advised of this request and indicated the government has no objection to the relief sought herein.

Dated: June 6, 2018                       /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            SANDRA HERMOSILLO

IT IS SO ORDERED.

Dated: June 6, 2018.

                                            HON. EDMUND F. BRENNAN
                                            United States Magistrate Judge