**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **2:11-CR-00296 WBS** |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO TEMPORARILY RETURN** |
| v. ) | **PASSPORT TO DEFENDANT TO** |
| ) | **PERMIT TRAVEL TO MEXICO** |
| ) | |
| **SANDRA HERMOSILLO**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that the court shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after July 6, 2018. Ms. Hermosillo must return to the United States no later than July 17, 2018 and must

Stipulation and [Proposed] Order - 1

surrender her passport to the court within 24 hours of returning to the United States, but in no event later than July 18, 2018.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 26, 2018  MCGREGOR W. SCOTT
United States Attorney

By: /s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney

Dated: June 26, 2018  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SANDRA HERMOSILLO

**IT IS SO ORDERED.**

Dated: June 27, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE