**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **2:11-CR-00296 WBS** |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO ALLOW DEFENDANT** |
| v. | ) | **TO TRAVEL TO MEXICO** |
| | ) | |
| | ) | |
| **SANDRA HERMOSILLO**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>STIPULATION</u>

Plaintiff, United States of America, by and through its counsel, Assistant United States

Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J.

Radekin, hereby stipulate that Ms. Hermosillo may, with the permission of her pretrial services

officer, and pursuant to such conditions as required by her pretrial services officer, travel to

Mexicali, Mexico at any time between December 20, 2018 and January 7, 2019 to visit her

family for the holidays. Ms. Hermosillo has traveled to Mexico to visit family on 10 prior

occasions while on pretrial release in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that pretrial services shall return Ms. Hermosillo's passport to her on the date of the filing of the proposed order to permit Ms. Hermosillo to travel to Mexico on or after December 20, 2018. Ms. Hermosillo must return to the United States no later than January 7, 2019 and must check in with and surrender her passport to her pretrial services officer within 24 hours of returning to the United States, but in no event later than January 8, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 13, 2018            MCGREGOR SCOTT
United States Attorney

By:   /s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney


Dated: December 13, 2018          /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SANDRA HERMOSILLO


**IT IS SO ORDERED.**

Dated: December 17, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE