**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **2:11-CR-00296 WBS** |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION AND** |
| ) | **ORDER TO ALLOW** |
| v. ) | **DEFENDANT TO TRAVEL TO** |
| ) | **MEXICO** |
| ) | |
| **SANDRA HERMOSILLO**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may travel to Morelia, Michoacan, Mexico, at any time between February 13, 2019 and February 19, 2019 to visit her father-in-law and brother-in-law, both of whom have been diagnosed with end-stage cancer. The father-in-law is not expected to live longer than about a week from the date this stipulation is filed. Ms. Hermosillo

Stipulation and Order - 1

has traveled to Mexico to visit family on 11 prior occasions in this case, and there have been no reported violations of the court-imposed travel conditions.

It is further stipulated that Ms. Hermosillo may pick up her passport from the court on the date of the filing of the proposed order to permit her to travel to Mexico on or after February 13, 2019. Ms. Hermosillo must return to the United States no later than February 19, 2019 and must surrender her passport to the court within 24 hours of returning to the United States, but in no event later than February 20, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 13, 2019      MCGREGOR SCOTT
United States Attorney

By:    /s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney

Dated: February 13, 2019      /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SANDRA HERMOSILLO

**IT IS SO ORDERED.**

Dated: February 13, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE