**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **2:11-CR-00296 WBS** |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO RELEASE PASSPORT** |
| v. ) | **TO ALLOW TRAVEL TO MEXICO** |
| ) | |
| **SANDRA HERMOSILLO**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may travel to Mexicali, Mexico, at any time from July 1, 2019 to July 15, 2019 to visit family. Ms. Hermosillo has traveled to Mexico to visit family on 12 prior occasions in this case, and there have been no reported violations of the court-imposed travel conditions.

Stipulation and Order - 1

It is further stipulated that Ms. Hermosillo may pick up her passport from the court on the date of the filing of the proposed order to permit her to travel to Mexico on or after July 1, 2019. Ms. Hermosillo must return to the United States no later than July 15, 2019 and must surrender her passport to the court within 24 hours of returning to the United States, but in no event later than July 16, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 28, 2019                MCGREGOR SCOTT
                                    United States Attorney

                            By:     /s/ Brian Fogerty
                                    BRIAN FOGERTY
                                    Assistant United States Attorney


Dated: June 28, 2019                /s/ Erin J. Radekin
                                    ERIN J. RADEKIN
                                    Attorney for Defendant
                                    SANDRA HERMOSILLO


**IT IS SO ORDERED.**

Dated:  June 28, 2019.
                                    _____
                                    United States Magistrate Judge

Stipulation and Order - 2