**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **2:11-CR-00296 WBS** |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO RELEASE PASSPORT** |
| v. ) | **TO ALLOW TRAVEL TO MEXICO** |
| ) | |
| **SANDRA HERMOSILLO**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Brian Fogerty, and Defendant, Sandra Hermosillo, by and through her counsel, Erin J. Radekin, hereby stipulate that Ms. Hermosillo may travel to Mexicali, Mexico, at any time from August 28 to September 3, 2019, to visit family. Ms. Hermosillo has traveled to Mexico to visit family on 13 prior occasions in this case, and there have been no reported violations of the court-imposed travel conditions.

Stipulation and Order - 1

It is further stipulated that Ms. Hermosillo may pick up her passport from the court on the date of the filing of the proposed order to permit her to travel to Mexico on or after August 28, 2019. Ms. Hermosillo must return to the United States no later than September 3, 2019 and must surrender her passport to the court within 24 hours of returning to the United States, but in no event later than September 4, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: August 26, 2019          MCGREGOR SCOTT
United States Attorney

By:   /s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney

Dated: August 26, 2019          /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SANDRA HERMOSILLO

**IT IS SO ORDERED.**

Dated: August 26, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE