**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SANDRA HERMOSILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00296 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST FOR ORDER AND** |
| v. ) | **ORDER TO** |
| ) | **EXONERATE BOND AND RELEASE** |
| ) | **PASSPORT** |
| SANDRA HERMOSILLO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On July 19, 2011, the court ordered Ms. Hermosillo released on a $100,000 unsecured bond and that she surrender her U.S. passport. ECF nos. 18, 35. On July 20, 2011, Ms. Hermosillo surrendered her passport. ECF no. 14.

On September 30, 2019, Ms. Hermosillo was sentenced to time served and 24 months of supervised release, with a condition of home detention. ECF nos. 918, 920. It is not a condition of her supervised release that the court maintain custody of her passport. See ECF No. 918 at pp. 3-4.

Accordingly, as Ms. Hermosillo is no longer on pre-trial release and is currently serving her sentence, she respectfully requests that the court exonerate the bond posted to secure her release and return her passport.

Dated: November 25, 2019                    Respectfully Submitted,


       /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SANDRA HERMOSILLO

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the bond posted to secure the release of the defendant, Sandra Hermosillo, be exonerated and that her U.S. passport surrendered to the court be returned to her.

Dated: November 27, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE